6599.5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G., individually and as guardian of H.C., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. _____ ) (Removal from the District Court ) Johnson County, 10th District, |
| SHAWNEE MISSION UNIFIED SCHOOL DISTRICT NO. 512, et al., | ) Kansas, Case No. 20CV00513) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COME NOW Defendants Shawnee Mission Unified School District No. 512, Johnson County, Kansas, Heather Ousley and Teddi Pendland (hereinafter "Defendants") pursuant to 28 U.S.C. § 1441 and D.Kan.R. 81.1, and hereby give notice of removal of this action pending in the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas. In support of the removal, Defendants state:

1. On January 28, 2020, S.G., individually and as guardian of H.C. commenced a civil action in the District Court of Johnson County, Kansas, bearing Case No. 20-CV-00513, against Defendants Shawnee Mission Unified School District No. 512, Johnson County, Kansas, Heather Ousley, Teddi Pendland and Crystal Smith. Within their Petition, Plaintiffs state federal claims pursuant to 42 U.S.C. § 1983, *et seq.* for alleged denial of liberty interest under the due process clause of the 14th Amendment. Petition, Counts I & II, pp. 8-11.

2. Plaintiffs' Petition along with a summons were alleged to have been served on Defendants Shawnee Mission Unified School District No. 512, Johnson County, Kansas and

Ousley on or about February 3, 2020 and Defendant Teddi Pendland on or about February 10, 2020.[1]

3. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the initial pleading on which the aforesaid action is based.

4. The above-referenced action is a civil action over which this court has jurisdiction pursuant to 28 U.S.C. § 1331, and is an action which may be removed to this court by the Defendants pursuant to 28 U.S.C. §1441 and that this is a civil action involving a federal question.

5. Plaintiffs' Petition filed in the state court action is attached hereto and incorporated herewith.

**WHEREFORE** Defendants Shawnee Mission Unified School District No. 512, Heather Ousley and Teddi Pendland respectfully request that the above titled action be removed from the District Court of Johnson County, Kansas to the United States District for the District of Kansas, and that this Court assume full jurisdiction over the cause herein provided by law.

## DESIGNATION OF PLACE OF TRIAL

Defendants Shawnee Mission Unified School District No. 512, Heather Ousley and Teddi Pendland, in accordance with D.Kan.R. 40.2 hereby designate Kansas City, Kansas as the place for trial.

---

[1] By filing this notice, Defendants do not waive service or sufficiency of process or consent to personal jurisdiction.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com


By: /s/ Gregory P. Goheen
      Gregory P. Goheen     #16291

Attorneys for Defendants Shawnee Mission Unified School District No. 512, Heather Ousley and Teddi Pendland

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a true and correct copy of the above and foregoing was sent to the below listed individuals on this the 24th day of February, 2020, by U.S. Mail, postage pre-paid.

Daniel R. Zmijewski
Christopher Dove
DRZ Law, LLC
8700 State Line Road, Suite 305
Leawood, KS 66206

Attorneys for Plaintiffs


                      /s/ Gregory P. Goheen