## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G., individually and as guardian of H.C., ) ) ) **Plaintiffs,** ) ) vs. ) ) **SHAWNEE MISSION UNIFIED** ) **SCHOOL DISTRICT NO. 512, et al.** ) ) **Defendants.** ) | Case No. 20-2078 |

## STIPULATION OF DISMISSAL

Plaintiffs, through counsel of record, gives notice that Defendants Heather Ousley and Teddy Pendland are hereby voluntarily dismissed pursuant to Rule 41(a)(1)(A)(ii), and all parties are to bear their own costs and fees.

Respectfully submitted,

**DRZ Law, LLC**

/s/ Daniel R. Zmijewski
Daniel R. Zmijewski   KS #21275
Christopher Dove      KS #21251
8700 State Line Rd., Suite 305
Leawood, KS 66206
P: 913-400-2033
F: 816-523-5667
dan@drzlawfirm.com
chris@drzlawfirm.com

ATTORNEY FOR PLAINTIFFS

1

2

/s/ Gregory P. Goheen
Gregory P. Goheen
McANANY, VAN CLEAVE & PHILLIPS, P.A.
10E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
(913) 371-3838
(913) 371-4722 (F)
ggoheen@mvplaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 31st day of March 2020.  Notice of this filling will be sent to all parties listed below by operation of the court's CM/ECF filing system.

/s/ Daniel R. Zmijewski

2