UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

S.G., individually and as guardian of H.C.,

    Plaintiff,

    v.                                  Case No. 20-2078-JAR

SHAWNEE MISSION SCHOOL DISTRICT
USD 512, et al.,

    Defendants.

## **SECOND AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 48) to amend the scheduling order filed on February 8, 2021 (ECF No. 34). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Defendant USD No. 512's motion to compel discovery response must be filed within 30 days of plaintiff's supplemental discovery responses and document production**.**

    b.    All discovery shall be commenced or served in time to be completed by **November 1, 2021.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **October 12, 2021.** Disclosures and reports by any rebuttal experts are due by **November 1, 2021**.

    d.    The parties shall complete all Fed. R. Civ. P. 35 physical or mental

1

examinations by **October 1, 2021.**

e.     The final pretrial conference is rescheduled from September 23, 2021, to **November 23, 2021, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **November 12, 2021**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

f.     The deadline for filing all other potentially dispositive motions is now **January 10, 2022.**

g.     In accordance with the timing preference of the judge presiding over trial, the case is re-set for trial on a trial calendar that will begin on **September 2, 2022 at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 29, 2021, at Kansas City, Kansas.

                                               s/ James P. O'Hara
                                               James P. O'Hara
                                               U.S. Magistrate Judge