IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G., individually and as guardian of H.C., | |
| Plaintiff, | |
| v. | Case No. 20-2078-JAR-JPO |
| SHAWNEE MISSION SCHOOL DISTRICT USD 512, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on September 10, 2021 (Doc. 58). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge James P. O'Hara, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the September 10, 2021 Report and Recommendation (Doc. 58), Plaintiff S.G.'s Motion for Leave to File and Amend Complaint (Doc. 52) is **denied**.

**IT IS SO ORDERED.**

Dated: October 1, 2021

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE