## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G., individually and as guardian of H.C., | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 2:20-cv-02078 |
| v. | )<br>)<br>) |
| SHAWNEE MISSION SCHOOL DISTRICT USD 512, et al. | )<br>)<br>) |

## NOTICE OF DEPOSITION OF MS. CRYSTAL SMITH

PLEASE TAKE NOTICE that, the deposition of Ms. Crystal Smith will take place on Wednesday October 20, at 9:00 a.m., at Swanson Bernard 4600 Madison Ave., Suite 600, Kansas City, MO 64112. iReport Solutions will record the deposition stenographically.

Respectfully submitted,

**DRZ Law, LLC**

/s/ Daniel R. Zmijewski
Daniel R. Zmijewski        KS#21275
Chris Dove                 KS#21251
8700 State Line Rd., #305
Leawood, KS 66206
(P) (913) 400-2033
(f) (833) 340-0437
chris@drzlawfirm.com
dan@drzlawfirm.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I certify that on October 13, 2021, the foregoing was electronically filed using the Court's electronic filing system, which will send notice of electronic filing to all registered attorneys of record.

      /s/ Daniel R. Zmijewski