**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

S. G., *individually and
as guardian of* H.C.,

     Plaintiff,

     v.

SHAWNEE MISSION SCHOOL DISTRICT
USD 512,  et al.,

     Defendants

Case No. 20-2078-JAR-ADM

**ORDER**

     This matter comes before the court on plaintiff's Motion for Extension to Submit Pretrial Order and for Alternate Pretrial Hearing Date.  (ECF 89 & 90.[1])  By way of this motion, plaintiff asks the court to extend the March 18 deadline to submit the proposed pretrial order to March 23, and to reset the March 30 pretrial conference to a date in April.  Plaintiff explains that her counsel is unexpectedly out of town for a funeral and will not return until March 18, interfering with plaintiff's ability to prepare the proposed pretrial order.  In addition, plaintiff's counsel is set to begin a trial in Johnson County District Court the week of March 28.  The court has confirmed that defendants do not oppose the requested relief.

     Plaintiff's requested extension will not require the court to adjust the May 2 dispositive motion deadline or the January 2023 trial setting.  In view of this, and for good cause shown, the court grants the motion.  No later than **March 23, 2022**, defense counsel must submit the parties' proposed  pretrial  order  in  Word  format  as  an  attachment  to  an  email  sent  to *ksd_mitchell_chambers@ksd.uscourts.gov*.  The final pretrial conference is rescheduled to **April**

---

[1] Plaintiff filed her motion on March 16, and then filed a second motion on March 17 that is essentially identical to the first and seeks identical relief.

**6, 2022, at 10:00 a.m.** in Courtroom 223 of the Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas.

All other provisions of the original and amended scheduling orders remain in effect.  The pretrial order deadline and pretrial conference setting above will not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Extension to Submit Pretrial Order and for Alternate Pretrial Hearing Date (ECF 89 & 90) is granted.

**IT IS SO ORDERED.**

Dated March 17, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge