## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G. as guardian of H.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-2078-JAR-ADM |
| v. ) | |
| ) | |
| SHAWNEE MISSION UNIFIED ) | |
| SCHOOL DISTRICT NO. 512, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On April 6, 2022, the court convened a final pretrial conference in this case. The parties appeared through counsel. As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **April 13, 2022**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **April 20, 2022, at 1:30 p.m.** by telephone (888-363-4749; access code 3977627). If the court believes that reconvening the pretrial conference is unnecessary after reviewing the parties' proposed revisions, the court will cancel the hearing.

**IT IS SO ORDERED.**

Dated April 6, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge