IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.G. as guardian of H.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-2078-JAR-ADM |
| v. ) | |
| ) | |
| SHAWNEE MISSION UNIFIED ) | |
| SCHOOL DISTRICT NO. 512, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 28, 2022, the court re-convened a final pretrial conference in this case. The parties appeared through counsel. During the conference, plaintiff's counsel asserted that plaintiff's claims are based, in part, on defendant's alleged failure to implement and train school staff on student H.C.'s Individualized Education Plan ("IEP") and Behavior Intervention Plan ("BIP"). As discussed in further detail on the record, the court determined that theory of liability was not currently in the case because plaintiff did not include it in her petition or in her responses to defendant's contention interrogatories. The court then set the following briefing schedule for anticipated cross-motions on this issue:

- Any motion for leave to amend the complaint by plaintiff or motion to exclude undisclosed information by defendant is due by **May 6, 2022**, and is limited to ten pages.

- Any response to such motion is due by **May 13, 2022**, and is limited to seven pages.

- No replies are contemplated.

The court will circulate a revised draft of the proposed pretrial order that highlights text that may or may not be deleted, depending on the court's rulings on the anticipated motions.

Given the lack of a finalized pretrial order at this time, the court **vacates** the dispositive-motions deadline. After the court rules the anticipated motions if filed (or sooner if not filed), the court will reach back out to the parties about a revised version of the proposed pretrial order that reflects the court's rulings, set a date to again re-convene the pretrial conference, and re-set the dispositive-motions deadline (and likely the trial date triggered by this deadline).

**IT IS SO ORDERED.**

Dated April 28, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell<br>
Angel D. Mitchell<br>
U.S. Magistrate Judge